**FILED**
CLERK, U.S. DISTRICT COURT

05/26/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:21-cr-00130-SB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii): Distribution of Cocaine] |
| EISRAEL JAQUEZ-MARTINEZ, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about June 4, 2020, in Riverside County, within the Central District of California, defendant EISRAEL JAQUEZ-MARTINEZ knowingly and intentionally distributed at least five kilograms, that

///

///

///

is, approximately 59.5 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/

_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

PETER DAHLQUIST
Assistant United States Attorney
Riverside Branch Office